Cowan, McClung & Co. *v.* Donaldson.

(*Knoxville.*   September 26, 1895.)

Supreme Court.  *Practice upon affirmance of decree of Court of Chancery Appeals.*

Upon affirmance of a money decree rendered by the Court of Chancery Appeals, this Court will enter a new judgment embracing the amount of the decree affirmed, with interest thereon from the date of its rendition to the date of its affirmance in this Court.

---

FROM LOUDON.

---

Appeal from Chancery Court of Loudon County. H. B. Lindsay, Ch.

Chambers, McQueen & Nichols for Cowan, McClung & Co.

J. E. Cassady and Smithson, Houk & Austin for Donaldson.

Wilkes, J.   The question of practice presented in this case, is whether, in case of affirmance of a decree or judgment of the Court of Chancery Appeals, judgment shall be entered in this Court for the amount of the judgment in the Court of Chancery Appeals, to bear interest from the date of its ren-

dition in that Court, or whether a new judgment shall be entered in this Court, embracing the judgment of the Court of Chancery Appeals and interest upon it from the time of its rendition to the date when affirmed in this Court.

We are of opinion the latter is the proper practice, and the entry submitted being in accordance therewith, it will be entered as drawn.